1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                         **WESTERN DIVISION**

11

12   TODD E. JAMES,                    )    No. CV 10-0008 CW
                                       )
13               Plaintiff,            )    JUDGMENT
            v.                         )
14                                     )
     MICHAEL J. ASTRUE,                )
15   Commissioner, Social Security     )
     Administration,                   )
16                                     )
                 Defendant.            )
17   _____)

18

19        **IT IS ADJUDGED** that the decision of the Commissioner is affirmed

20   and this action is dismissed with prejudice.

21

22   DATED: February 25, 2011

23

24                                    _____
                                           CARLA M. WOEHRLE
25                                      United States Magistrate Judge

26

27

28